**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIERRE LADOW, an individual, | Case No.: 20-cv-10059-JFW-PVCx |
| Plaintiff, | **CONSENT JUDGMENT** |
| vs. | |
| JONA RECHNITZ, an individual, | |
| Defendants | |

    Pursuant to the the Stipulation for Entry of Consent Judgment entered between Plaintiff Pierre Ladow, on the one hand, and Defendant Jona Rechnitz, on the other hand, the Court hereby enters judgment as follows:

    IT IS HEREBY ORDERED, ADJUDGED, and DECREED that:

    Judgment is entered in favor of Plaintiff PIERRE LADOW, an individual, and against Defendant JONA RECHNITZ, an individual, in the amount of $500,000.00.

Dated:  May 3, 2021                      _____
                                     HON. JOHN F. WALTER
                       UNITED STATES DISTRICT COURT JUDGE